KAWASHIMA LAW GROUP LLLC

JARED N. KAWASHIMA          #6289
SAMUEL SUEN                      #8955
1000 Bishop Street, Suite 503
Honolulu, Hawaii 96813
Phone: (808) 524-0030
Facsimile: (808) 524-0573
Email: Jared@klghawaii.com

Attorneys for Plaintiffs
HAWAII INSULATORS TRUST FUNDS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAWAII INSULATORS SUPPLEMENTAL PENSION TRUST, by its Trustees, Myron Nakata, Ronald Labanon, Jr., Gary Silva, Douglas Fulp, Bernard Alvarez, Froebel Garcia, HAWAII INSULATORS TRAINING TRUST, by its Trustees; Myron Nakata, Ronald Labanon, Jr., Gary Silva, Douglas Fulp, Froebel Garcia, Ruben Aguada, HAWAII INSULATORS SUPPLEMENTAL UNEMPLOYMENT BENEFITS TRUST, by its Trustees, Myron Nakata, Ronald Labanon, Jr., Gary Silva, Douglas Fulp, Bernard Alvarez, Froebel Garcia, HAWAII INSULATORS VACATION & HOLIDAY TRUST, by its Trustees, Myron Nakata, Gary Silva, Ronald Labanon, Jr., Douglas Fulp, Bernard Alvarez, Rodney Yoshikawa, HAWAII INSULATORS PENSION TRUST, by its Trustees, Myron Nakata, Ronald Labanon, Jr., Gary Silva, | CIVIL NO. 11-00245 JMS-BMK<br><br>FINDINGS AND RECOMMENDATION TO ENTER DEFAULT JUDGMENT AND AWARD DAMAGES AGAINST DEFENDANT DRAIN-N-ROOTER PLUMBING, INC.<br><br><br>HEARING<br>DATED:  September 7, 2011<br>TIME:  2:30 p.m.<br>MAGISTRATE JUDGE:<br>Honorable Barry M. Kurren<br><br><br>(Caption continued on next page) |

| | |
|---|---|
| Douglas Fulp, Bernard Alvarez, Rodney Yoshikawa, HAWAII INSULATORS HEALTH AND WELFARE TRUST, by its Trustees, Myron Nakata, Ronald Labanon, Jr., Gary Silva, Douglas Fulp, Bernard Alvarez, Ruben Aguada, | ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| DRAIN-N-ROOTER PLUMBING, INC., JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; DOE GOVERNMENTAL AGENCIES 1-10, DOE TRUSTS 1-10, | ) ) ) ) ) ) ) |
| Defendants. | ) ) |
| _____ | ) |

### FINDINGS AND RECOMMENDATION TO ENTER DEFAULT JUDGMENT AND AWARD DAMAGES AGAINST <u>DEFENDANT DRAIN-N-ROOTER PLUMBING, INC.</u>

On April 12, 2011, Plaintiffs HAWAII INSULATORS PENSION TRUST, HAWAII INSULATORS SUPPLEMENTAL PENSION TRUST, HAWAII INSULATORS HEALTH AND WELFARE TRUST, HAWAII INSULATORS SUPPLEMENTAL UNEMPLOYMENT BENEFITS TRUST, HAWAII INSULATORS TRAINING TRUST, and HAWAII INSULATORS VACATION & HOLIDAY TRUST (hereinafter collectively referred to as "Plaintiffs"), filed a Complaint seeking judgment for outstanding trust fund contributions and damages against Defendant DRAIN-N-ROOTER PLUMBING, INC. (hereinafter

"Defendant"), alleging that Defendant materially breached the "Interim Project Agreement" dated May 26, 2010 for the Waikiki Shore Apartments, which incorporated by reference the terms of the "Agreement By and Between Local 132 of the International Association of Heat and Frost Insulators and Allied Workers Union (AFL-CIO) and Pacific Insulation Contractors Association" effective September 2, 2007 to and including July 30, 2012 (hereafter collectively, the "Agreements").

Plaintiffs claimed that Defendant failed to submit all monthly contribution reports, submit full payments due on said report, all notwithstanding demand by Plaintiffs.

This action arises under the Labor-Management Relations Act, 1947, as amended, the Employee Retirement Income Security Act of 1974, and the Multiemployer Pension Plan Amendments Act of 1980. Jurisdiction is founded on questions arising thereunder and more specifically under 29 U.S.C. §§ 1145 and 1132(a) and (f).

Service of process of the Complaint was made on Defendant on April 25, 2011 as evidenced by the Proof of Service filed herein on April 25, 2011.

On June 15, 2011, default was entered against Defendant due to said Defendant's failure to answer or otherwise defend itself as required by law.

On July 15, 2011, Plaintiffs filed a Motion for Entry of Default Judgment seeking an award of the sum $6,191.30, which includes the principal sum of $4,312.00, interest in the amount of $7.12, liquidated damages in the amount of $442.53, legal fees in the amount of $1,005.50, costs in the amount of $375.75 and general excise tax in the amount of $48.40.

Plaintiffs' Motion for Entry of Default Judgment was accompanied by the Declaration of Tracy Masuda in support of the damages sought by Plaintiffs. The Declaration of Jared N. Kawashima also accompanied the Motion for Entry of Default Judgment in support of attorneys' fees and costs.

## FINDINGS OF FACT

Having reviewed Plaintiffs' Motion for Entry of Default Judgment, the Declarations of Tracy Masuda and Jared N. Kawashima and the exhibits thereto, and the record established in this action, the Court finds as follows:

1. On May 26, 2010, Defendant entered into the Agreements with Plaintiffs.

2. Each of the Plaintiffs was and is an express trust created by a written trust agreement subject and pursuant to 29 U.S.C. § 186 and a multiemployer plan within the meaning of 29 U.S.C. § 1002 and 1003.

3. Defendant breached the Agreements and are liable to the Plaintiffs by their continuous failure to perform the terms of the Agreements, including: 1)

failure to pay the full amounts found by the Plaintiffs for the period of July 2010;

2) failure to pay the Plaintiffs additional liquidated damages on late paid report

contributions; and 3) failure to pay the Plaintiffs their reasonable attorneys' fees

and costs incurred in enforcing the terms of the Agreements.

4.      Defendant has not sought to set aside the default in this action.

5.      The billing rates for attorneys are 1) partners (Jared N. Kawashima)

$225.00 and 2) associates (Samuel Suen) $185.00. The billing rate for paralegals

is $95.00.

6.      The Court finds that the fees sought by the Plaintiffs of $1,685.34

(fees in the amount of $1,609.50 and general excise tax in the amount of $75.84)

and that the rates, as previously described, for Plaintiffs' legal fees performing

work on this matter are reasonable.

7.      The Court finds that the total costs sought by the Plaintiffs of $430.70

($428.66 in costs plus general excise tax of $2.04) are reasonable.

8.      The Court finds that the liquidated damages sought by the Plaintiffs of

$442.53 is unreasonable and denies Plaintiffs' request for liquidated damages.

9.      Thus, as of September 15, 2011, there is known to be due, owing and

unpaid to the Plaintiffs from Defendant:

| | | |
|---|---|---|
| 1. | Contributions (July 2010)…………………………………….. | $4,312.00 |
| 2. | Interest…………………………………………. | $    7.12 |
| | SUBTOTAL | $4,319.12 |

3. Legal Fees……………………………………… $1,609.50
4. Costs………………………………………………. $   428.66
5. G.E.T.  ……………………………………………. $     77.88

                SUBTOTAL       $2,116.04

                TOTAL …………..       $6,435.16

**RECOMMENDATION**

IT IS HEREBY RECOMMENDED that Default Judgment be granted in favor of HAWAII INSULATORS PENSION TRUST, HAWAII INSULATORS SUPPLEMENTAL PENSION TRUST, HAWAII INSULATORS HEALTH AND WELFARE TRUST, HAWAII INSULATORS SUPPLEMENTAL UNEMPLOYMENT BENEFITS TRUST, HAWAII INSULATORS TRAINING TRUST, and HAWAII INSULATORS VACATION & HOLIDAY TRUST for a money judgment against Defendant in the amount of $6,435.16.

DATED: Honolulu, Hawaii, October 6, 2011.

IT IS SO FOUND AND SO RECOMMENDED.



/s/ Barry M. Kurren
United States Magistrate Judge
Dated: October 6, 2011

Hawaii Insulators Supplemental Pension Trust, et al. v. Drain-N-Rooter Plumbing, Inc., et al.; CV. NO. 11-00245 JMS-BMK; FINDINGS AND RECOMMENDATION TO ENTER DEFAULT JUDGMENT AND AWARDDAMAGES AGAINST DEFENDANT DRAIN-N-ROOTER PLUMBING, INC.