IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| HAWAII INSULATORS SUPPLEMENTAL PENSION TRUST FUNDS, ET AL., | ) ) ) ) | CIVIL NO. 11-00245 JMS/BMK |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| DRAIN-N-ROOTER PLUMBING, INC., ET AL., | ) ) ) | |
| Defendants. _____ | ) ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on October 7, 2011, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, October 26, 2011.



/s/ J. Michael Seabright
_____
J. Michael Seabright
United States District Judge